# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

May 15, 2023

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 21-3303 | T. S., et al.,<br>          Plaintiffs - Appellees<br><br>v.<br><br>COUNTY OF COOK, ILLINOIS and LEONARD DIXON,<br>          Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:16-cv-08303<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

We **REVERSE** the district court's denial of summary judgment, with costs, and **REMAND** with instructions to **DISMISS** the remaining claim.

The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)